IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00403-SKC

JOE OSTERHOUT,

    Plaintiff,

    v.

TCF FINANCIAL CORPORATION, GARY TORGOW,
THOMAS C. SHAFER, VANCE K. OPPERMAN,
DAVID T. PROVOST, PETER BELL,
KAREN L. GRANDSTRAND, RICHARD H. KING,
RONALD A. KLEIN, BARBARA J. MAHONE,
BARBARA L. MCQUADE, ROGER J. SIT, JULIE H.
SULLIVAN, JEFFREY L. TATE, ARTHUR A. WEISS,
FRANKLIN C. WHEATLAKE, and THERESA M. H. WISE,

    Defendants.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Joe Osterhout hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: May 10, 2021                    Respectfully submitted,

                                              **HALPER SADEH LLP**

                                              /s/ Daniel Sadeh
                                              Daniel Sadeh, Esq.
                                              667 Madison Avenue, 5th Floor
                                              New York, NY 10065
                                              Telephone: (212) 763-0060
                                              Facsimile: (646) 776-2600
                                              Email: sadeh@halpersadeh.com

                                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I, Daniel Sadeh, hereby certify that on May 10, 2021, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: May 10, 2021　　　　　　　　　　　/s/ Daniel Sadeh
　　　　　　　　　　　　　　　　　　　　Daniel Sadeh